# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2803 | **DATE** | 8/30/2010 |
| **CASE TITLE** | Carrillo vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the accompanying Memorandum Opinion and Order, the Court grants defendants' motion for summary judgment in part and denies it in part [docket no. 56]. Plaintiff's claim concerning the initial stop by the police remains for trial.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|