# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Omar Carrillo
                    Plaintiff,

v.                                      Case No.: 1:09−cv−02803
                                         Honorable Sharon Johnson Coleman

City of Chicago, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 1, 2011:

      MINUTE entry before Honorable Sharon Johnson Coleman:Motion hearing held on 11/1/2011 regarding defendants' agreed motion to reset trial date [89]. The motion [89] is entered and continued. Counsel is to provide more concrete information as to Officer Swiatkowski's health status. Both parties are to inform the Court of availability for trial on January 23rd or 30th by November 3, 2011 at 5:00 (confirm with courtroom deputy). If no response or agreement on the aforementioned dates, motion to reset trial will be denied with 12/14/2011 date to stand.Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.